IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GEORGE COUTOUMANOS                                                      PLAINTIFF

VS.                                                        CAUSE NO.: 1:07CV24-SA

SOUTHERNCARE, INC.                                                      DEFENDANT

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Pursuant to a memorandum issued on this day, the Court finds that the Defendant's Motion for Summary Judgment is DENIED.

**SO ORDERED**, this the 11th day of July, 2008.

>                                              /s/ Sharion Aycock
>                                              U.S. DISTRICT COURT JUDGE