# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**GEORGE COUTOUMANOS**                                                        **PLAINTIFF**

**VS.**                                        **CAUSE NO.: 1:07CV24-SA**

**SOUTHERNCARE, INC.**                                                     **DEFENDANT**

## ORDER DENYING MOTION TO STRIKE PORTIONS OF AFFIDAVIT

The Court finds that the Defendant's Motion to Strike Portions of Plaintiff's Affidavit is DENIED.

**SO ORDERED**, this the 11th day of July, 2008.

                                                         **/s/ Sharion Aycock**
                                                         **U.S. DISTRICT COURT JUDGE**