**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**GEORGE COUTOUMANOS**                                                          **PLAINTIFF**

**VS.**                                                          **CAUSE NO.: 1:07CV24-SA**

**SOUTHERNCARE, INC.**                                                          **DEFENDANT**

**ORDER DENYING MOTION TO STRIKE PORTIONS OF BRIEF**

The Court finds that the Plaintiff's Motion to Strike Portions of Defendant's Brief is

DENIED.

**SO ORDERED**, this the 11th day of July, 2008.

**/s/ Sharion Aycock_____**
**U.S. DISTRICT COURT JUDGE**